UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

| | |
|---|---|
| **JUDGE RENÉE MARIE BUMB** | **DATE OF PROCEEDINGS** |
| **COURT REPORTER: TED FORMAROLI** | 05/05/2016 |
| | **Docket #** 13-cv-4578(RMB/JS) |

**TITLE OF CASE:**
NAIK, ET AL., VS. 7-ELEVEN, INC.

**APPEARANCES:**

Jerry A. Marks, Esquire for plaintiffs
James Speyer, Esquire and Matthew D. Grant, Esquire for defendant

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

Status Conference Held.

| | |
|---|---|
| Time commenced: 4:10 p.m. | Time Adjourned: 4:45 p.m. |
| | Total 35 Minutes |
| | s/*Arthur Roney* |
| | DEPUTY CLERK |

**cc: Chambers**